### 62806. MOORE v. THE STATE.

QUILLIAN, Chief Judge.

The judgment is affirmed in accordance with Court of Appeals Rule 36.

*Judgment affirmed. McMurray, P. J., and Pope, J., concur.*

DECIDED NOVEMBER 9, 1981.

*Douglas Gibson,* for appellant.
*C. Deen Strickland, District Attorney, Charles C. Grile, Assistant District Attorney,* for appellee.